

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00468-CV

**IN THE INTEREST OF N.N., AND K.N.**, Children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-08539
Honorable Lisa Jarrett, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED August 27, 2025.

_____
Lori I. Valenzuela, Justice